ORIGINAL

Martin E. Rosen (108998), mrosen@bargerwolen.com
Ophir Johna (228193), ojohna@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Attorneys for Defendant
OM Financial Life Insurance Company, f/k/a
Fidelity & Guaranty Life Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BROWN (Widower), As 3rd Party Beneficiary for Life Insurance Policy c/o Lawana Brown (Deceased),<br><br>Plaintiff,<br><br>vs.<br><br>OLD MUTUAL FINANCIAL NETWORK SECURITIES, INC., a Maryland corporation; OM FINANCIAL LIFE INSURANCE COMPANY, formerly known as Fidelity and Guaranty Life Insurance Company, a Maryland corporation; DIFEBO AND ASSOCIATES, INC., a California corporation; TIMOTHY SMITH, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: CV 10-3835 AHM (RZx)<br>Hon. A. Howard Matz<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41]<br><br>Complaint filed: April 8, 2010 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\temp\notesfff692\order dismissing entire action.doc

Based on the stipulation of the parties, the Court hereby orders that the entire action is hereby dismissed, with prejudice, with each party bearing his or its own attorneys' fees and costs and waiving all rights of appeal.

IT IS SO ORDERED.

Dated:   10/27/10

_____
HON. A. HOWARD MATZ
United States District Judge